**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES TRUSTEE

vs

CRAIG & JENNIFER WINKLES

**CASE NO** 10-30137
**CHAPTER:** 7

**DATE**: June 22, 2010
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Mark Skaggs          Appears

**COUNSEL FOR DEFENDANT**: James Haller          Appears

**PROCEEDINGS**: Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b)

MINUTES OF COURT:

Case is called for hearing on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b). The Motion is taken Under Advisement.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Krista Doiron
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**